**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION**

**CLE TRANSPORTATION, LLC,**                                CASE NO. 3:21 CV 2014

    Plaintiff,

    v.                                                                              JUDGE JAMES R. KNEPP II

**TOTAL TRANSPORTATION NETWORK,
LLC, et al.,**

                                                        **CASE MANAGEMENT**
    Defendants.                                            **CONFERENCE ORDER**

Case Management Conference held on: **February 4, 2022**

1. The following attorneys were present:

    a. Plaintiff's counsel: Steven B. Beranek
    b. Defendants' counsel: Adam Rome

2. A written stipulation (Local Rule 16.3(b)(3)) was not filed.

3. After consultation with the parties and counsel, the Court determined that this case will proceed on the **STANDARD** track.

4. Case referred to Alternative Dispute Resolution (ADR):
    Yes _____   No **X**   Delay _____

5. Rule 26(a) disclosures: Parties will exchange such disclosures by **February 28, 2022.**

6. Rulings as to type and extent of discovery:

    **Discovery Disputes**

    No motion to compel, motion for protective order or motion for sanctions shall be filed unless the parties have undertaken in good faith to resolve discovery disputes and, if unable to do so, have next contacted the Court by phone or e-mail with a request for judicial resolution. Local Civil Rule 37.1 governs discovery disputes and counsel are expected to comply with this Rule.

**Inadvertent Disclosure**

Pursuant to Evidence Rule 502(d), an inadvertent disclosure of a communication or information covered by the attorney-client privilege or work-product protection made in connection with this litigation shall not constitute a waiver of that privilege or protection in this or any other federal or state proceeding.

7. Discovery cut-off dates:
    a. Plaintiff's expert disclosures: **August 20, 2022**
    b. Defendant's expert disclosures: **September 20, 2022**
    c. Liability and damages: **September 20, 2022**

8. Without leave of Court, no discovery material shall be filed, except as necessary to support dispositive motions. Depositions filed either electronically or through the Clerk's Office shall include the Word Index.

9. Deadline for amending pleadings / adding parties: **March 4, 2022**

10. Deadline for filing dispositive motions: **October 20, 2022**

11. Settlement Conference: **June 21, 2022 at 1:00 P.M.**

IT IS SO ORDERED.

s/ *James R. Knepp II*
UNITED STATES DISTRICT JUDGE